In the Matter of· IRENE B. CUNNINGHAM, Individually, and as Administratrix of the Estate of CARSON CUNNINGHAM, Deceased, Respondent, against THE VILLAGE OF NEW HARTFORD, Appellant.—

All concur. (The judgment is for petitioner in a proceeding to recover an award for the death of petitioner's husband while in the performance of his duties as a volunteer fireman.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ. [178 Misc. Rep. 432.]